Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Natasha Sung (SBN 228633)
nsung@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
Bank of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTY L. BARTON<br><br>          Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA and NCO FINANCIAL SYSTEMS INC.,<br><br>          Defendants. | Case No.:  C 07-01484 PJH<br><br>**STIPULATION TO EXTEND TIME FOR BANK OF AMERICA TO RESPOND TO COMPLAINT**<br><br>**[N.D. CAL. LOCAL RULE 6-1(a)]**<br><br>Honorable Phyllis J. Hamilton |

1  Pursuant to Local Rule 6-1(a), Plaintiff Dusty L. Barton ("Plaintiff") and
2  Defendant Bank of America (the "Bank"), by and through their respective attorneys of
3  record, hereby stipulate that the time for the Bank to respond to Plaintiff's Complaint
4  is extended until June 6, 2007.

6  DATED: May 14, 2007.

7             HYDE & SWIGART, LLP

9             By   /s/ Robert L. Hyde
             Robert L. Hyde
             Attorneys for Plaintiff
             Dusty L. Barton

12  DATED: May 14, 2007.

13             REED SMITH LLP

15             By   /s/ Natasha Sung
             Natasha Sung
             Attorneys for Defendant
             Bank of America


DOCSLA-15587246.2-NSUNG



IT IS SO ORDERED
Judge Phyllis J. Hamilton
05/15/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA