Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Natasha Sung (SBN 228633)
nsung@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
Bank of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTY L. BARTON<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA and NCO FINANCIAL SYSTEMS INC.,<br><br>    Defendants. | Case No.: C 07-01484 PJH<br><br>**REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [~~PROPOSED~~] ORDER ~~THEREON~~** DENYING REQUEST<br><br>Date: July 5, 2007<br>Time: 2:30 p.m.<br>Place: Courtroom 3, 17th Floor |

The undersigned, counsel of record for Defendant Bank of America (the "Bank"), respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for July 5, 2007 at 2:30 p.m. The basis for this request is that counsel's office is located in Los Angeles County, California, and participation in the Case Management Conference by telephone would eliminate significant expenditure of time and resources involved in travel to and from San Francisco, California.

DATED: June 15, 2007.

          REED SMITH LLP

          By   /s/ Natasha Sung
               Natasha Sung
               Attorneys for Defendant
               Bank of America

[PROPOSED] ORDER

**DENIED** — Judge Phyllis J. Hamilton

Permission is hereby granted for counsel of record for Defendant Bank of America to participate in the Case Management Conference scheduled for July 5, 2007 at 2:30 p.m. by telephone.

DATED:

                                 Hon. Phyllis J. Hamilton, U.S. District Judge

DOCSLA-15594423.1-NSUNG