1  Abraham J. Colman (SBN 146933)
   acolman@reedsmith.com
2  Natasha Sung (SBN 228633)
   nsung@reedsmith.com
3  REED SMITH LLP
   355 S. Grand Avenue, Suite 2900
4  Los Angeles, CA 90071
   Telephone:  213.457.8000
5  Facsimile:   213.457.8080

6  Attorneys for Defendant
   Bank of America

7

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| DUSTY L. BARTON,<br><br>           Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA and NCO FINANCIAL SYSTEMS INC.,<br><br>           Defendants. | Case No.:  C 07-01484 PJH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>**[N.D. CAL. LOCAL RULE 6-2]**<br><br>Honorable Phyllis J. Hamilton |
|---|---|

Pursuant to Local Rule 6-2, plaintiff Dusty L. Barton ("Plaintiff"), defendant Bank of America ("BofA"), and defendant NCO Financial Systems, Inc. ("NCO") by and through their respective attorneys of record, hereby request that the Court postpone the case management conference currently set for July 5, 2007 at 2:30 p.m. to July 26, 2007 or later.

Plaintiff and BofA have reached a tentative settlement in good faith, are in the process of finalizing the settlement, and do not wish to expend unnecessary time or incur unnecessary costs for their clients in making the mandatory personal appearance in San Francisco, California, or unnecessarily expend the resources of this Court.

The parties have not previously made a request to postpone the case management conference, and do not anticipate the postponement to cause prejudice to

//
//
//
//
//
//
//
//
//
//
//
//
//

any of the parties.

DATED: June 22, 2007.

                     HYDE & SWIGART, LLP

                     By    /s/ Robert L. Hyde
                         Robert L. Hyde
                         Attorneys for Plaintiff
                         Dusty L. Barton

DATED: June 22, 2007.

                     REED SMITH LLP

                     By    /s/ Natasha Sung
                         Natasha Sung
                         Attorneys for Defendant
                         Bank of America

DATED: June 22, 2007.

                     SESSIONS, FISHMAN & NATHAN IN CALIFORNIA LLP

                     By    /s/ Debbie P. Kirkpatrick
                         Debbie P. Kirkpatrick
                         Attorneys for Defendant
                         NCO Financial Systems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/27/07

                     The Honorable
                     United States

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

DOCSLA-15587246.4-NSUNG

– 3 –

Stipulated Request for Order Changing Time of Case Management Conference