1  Robert L. Hyde, Esq. (SBN: 227183)
2  bob@westcoastlitigation.com
   Joshua B. Swigart, Esq. (SBN: 225557)
3  josh@westcoastlitigation.com
4  **Hyde & Swigart**
   411 Camino Del Rio South, Ste. 301
5  San Diego, CA 92108
6  Telephone: (619) 233-7770
   Facsimile:  (619) 297-1022
7
8  Attorneys for Plaintiff
   Dusty Barton
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| DUSTY L. BARTON, | CASE NO.: 07-CV-01484 PJH |
|---|---|
| PLAINTIFF, | NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA |
| v. | |
| BANK OF AMERICA, AND NCO FINANCIAL SYSTEMS INC., | |
| DEFENDANT. | |

Please take notice that Plaintiff hereby dismissed Defendant Bank of America, with prejudice pursuant to FRCP 41(a).

Dated: June 26, 2007

/S/ JOSHUA B. SWIGART
**Joshua B. Swigart**, Esq.
Attorney for Plaintiff

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

NOTICE OF STIQULATION OF DISMISSAL WITH PREJUDICE                    Case No.: 06CV 1699 BEN (BLM)