Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone:    (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiff
Dusty Barton

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUSTY L. BARTON,** | CASE NO.: 07-CV-01484 PJH |
| **PLAINTIFF,** | **STIPULATION TO CONTINUE CASES MANAGEMENT CONFERENCE** |
| v. | |
| **BANK OF AMERICA, AND NCO FINANCIAL SYSTEMS INC.,** | |
| **DEFENDANT.** | |

WHEREAS Plaintiff and Defendant NCO are the only two remaining parties in this action, with all other parties being dismissed; and,

WHEREAS Plaintiff and Defendant NCO have been diligently attempting to settle this matter; and,

WHEREAS Plaintiff and Defendant NCO feel confident that this matter is on the verge of settlement; and,

WHEREAS Plaintiff and Defendant NCO need some additional time to discuss the remaining terms of such settlement and intend to continue their diligent attempts at settlement; and,

1    WHEREAS Plaintiff and Defendant NCO are located in remote locations
2    with defense counsel located in Louisiana and plaintiff's counsel in San Diego, CA;
3    and,

4    WHEREAS a Case Management Conference is currently on calendar for
5    July 26, 2007 at 1:30 PM in San Francisco, CA; and,

6    WHEREAS a both parties agree that the expense to be incurred by counsel
7    attending that Case Management Conference may have a significant and negative
8    impact on the possibility of this case being settled.

9    THEREFORE Plaintiff and Defendant NCO do agree and stipulate to a
10   continuance by the Court of this Case Management Conference to August 23,
11   2007, or a date the Court finds appropriate.

12

13   Dated: 7/25/2007                  Signed: /s/ David Israel
                                       Sessions Fishman & Nathan LLP
14                                     Attorneys for the Defendant

15
16   Dated: 7/25/2007                  Signed: /s/ Robert L. Hyde
                                       Hyde & Swigart
17                                     Attorneys for the Plaintiff

18

19

20           7/26/07



21
22
23
24
25
26
27
28