Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Dusty Barton

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTY L. BARTON, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, AND NCO FINANCIAL SYSTEMS INC., <br><br> Defendants. | Case No.: 07-CV-01484 PJH <br><br> **NOTICE OF JOINT DISMISSAL WITH PREJUDICE AS TO DEFENDANT NCO FINANCIAL SYSTEMS INC.,** AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel of record, that the above-captioned action be and hereby is dismissed WITH prejudice pursuant to FRCP 41(a)(1)

Dated:  September 13, 2007

 /S/ JOSHUA B. SWIGART__
**Joshua B. Swigart**
Attorney for Plaintiff

Dated: September 13, 2007

 /S/ DEBBIE P. KIRKPATRICK___
**Debbie P. Kirkpatrick**
Attorney for Defendant

9/17/07

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

NOTICE OF JOINT DISMISSAL WITH PREJUDICE                         Case No.: 06CV 1699 BEN (BLM)